# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

**FILED**
DEC 22 2005
JOHN M. WATERS, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**JOHN E. BLAIR**

vs.   Case Number: **05-1375**

**R.V. VEACH, Warden**

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petition for writ of habeas corpus pursuant to 28:2241 is DISMISSED.

ENTER this 22nd day of December, 2005.

JOHN M. WATERS, CLERK

s/ H. Kallister
BY: DEPUTY CLERK